No. —. Original. *Ex parte:* IN THE MATTER OF IVAN GLAVADANOVIC, PETITIONER. October 20, 1924. Motion for leave to file petition for a writ of habeas corpus here-

in denied, without prejudice to an application in the District Court of the United States for the District of Kansas. [See *post*, p. 586.]